**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number (if known): _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **ORGANIC POWER, LLC.** |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 66-0825977 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| AVE EL NARANJAL CARR. PR 686 KM 17.6 INT. CABO CARIBE INDUSTRIAL PARK  Vega Baja, PR 00693 | 267 SIERRA MORENA PMB 632 San Juan, PR 00926 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Vega Baja  County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    www.PRrenewables.com

6. Type of debtor

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor **ORGANIC POWER, LLC.** _____ Case number (*if known*) _____
    Name

7. **Describe debtor's business**   A. *Check one:*
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ■ None of the above

    B. *Check all that apply*
    - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**
    *Check one:*
    - ☐ Chapter 7
    - ☐ Chapter 9
    - ■ Chapter 11. *Check all that apply:*
        - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ A plan is being filed with this petition.
        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
    - ☐ No.
    - ■ Yes.

    If more than 2 cases, attach a separate list.
    District **San Juan, Puerto Rico**   When **4/01/19**   Case number **19-01789**
    District _____   When _____   Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor _____   Relationship _____
    District _____   When _____   Case number, if known _____

Debtor **ORGANIC POWER, LLC.** _____ Case number (if known) _____
     Name

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **ORGANIC POWER, LLC.**   Case number (*if known*) _____
        Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 17, 2021**
              MM / DD / YYYY

X  **/s/ MIGUEL E PEREZ**                           **MIGUEL E PEREZ**
   Signature of authorized representative of debtor   Printed name

Title  **PRESIDENT**

**18. Signature of attorney**

X  **/s/ Rafael A. González Valiente**              Date  **March 17, 2021**
   Signature of attorney for debtor                       MM / DD / YYYY

**Rafael A. González Valiente**
Printed name

**Godreau & Gonzalez Law**
Firm name

**Calle McCleary 1806
Suite 1-B
San Juan, PR 00902**
Number, Street, City, State & ZIP Code

Contact phone  **(787) 726-0077**      Email address  **rgv@g-glawpr.com**

**225209**
Bar number and State

## CORPORATE RESOLUTION

**I HEREBY CERTIFY** that on a meeting of the Board of Directors of the corporation **ORGANIC POWER, LLC.**, which was called for and notified in accordance with the Corporate Bylaws, and for which duly quorum existed, having taking place said meeting on March 17, 2021, it was agreed and unanimously voted to approve the following Corporate Resolution:

**WHEREAS:** ORGANIC POWER, LLC. is in financial distress.

**WHEREAS:** The Board of Directors recognizes that the financial position of ORGANIC POWER, LLC. is precarious in view of the situation.

**WHEREAS:** The Board of Directors has determined that the best way of resolving the precarious financial situation of ORGANIC POWER, LLC. is the filing of bankruptcy petition.

It was therefore **RESOLVED**:

1. That it is in the best interest of ORGANIC POWER, LLC. to file for bankruptcy protection.

2. That ORGANIC POWER, LLC. is dully authorized to file a bankruptcy petition.

3. That Miguel Perez Valdez is authorized to take the necessary actions and sign the necessary documents, motions and requests in order to file the bankruptcy petition in representation of ORGANIC POWER, LLC.

4. That Miguel Perez Valdez is authorized to take the necessary actions to prosecute the Corporations reorganizations, including but not limited to the retention of professionals.

**IN WITNESS HEREOF** I place the seal of the Corporation to this Resolution this 17th day of March 2021.

MARIA DE LOURDES ROSA CARTAGENA
*Secretary*

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | ORGANIC POWER, LLC. | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ASM Precast PO Box 1569 Vega Baja, PR 00694-1569 | | | | $30,000.00 | $0.00 | $30,000.00 |
| Brian E Healy PMB 632 Calle Morena 267 San Juan, PR 00926 | | Deferred Compensation | | | | $315,092.24 |
| Euro Caribe Packaging Co Chubb Plaza 33 Resolucion St Suite 701 A San Juan, PR 00920 | | | | | | $853,549.83 |
| Garratt Callahan 100 Fisk Dr SW Atlanta, GA 30336 | | | | $25,150.84 | $0.00 | $25,150.84 |
| Home Depot PO Box 790328 Saint Louis, MO 63179 | | | | $13,506.57 | $0.00 | $13,506.57 |
| Integrated Global Solutions Centro Int's de Mercadeo II 90 Carr 165 Ste 307 Guaynabo, PR 00968-8083 | | | | $106,120.46 | $0.00 | $106,120.46 |
| IRS PO box 409101 Ogden, UT 84201-0038 | | FICA | | $63,720.48 | $0.00 | $63,720.48 |
| IRS PO BOx 409101 Ogden, UT 84201-0038 | | | | $18,080.96 | $0.00 | $18,080.96 |

Debtor **ORGANIC POWER, LLC.**
Name

Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| La Vega Landfill & Res. Inc PO Box 582 Vega Baja, PR 00694 | | | | $103,260.78 | $0.00 | $103,260.78 |
| O"neill & BOrges 250 Munoz Rievra Ave 800 San Juan, PR 00918 | | | | $17,627.52 | $0.00 | $17,627.52 |
| Organic Fuel PMB 632 Calle Sierra Morena 267 San Juan, PR 00926 | | | | $197,858.03 | $0.00 | $197,858.03 |
| Quadrell PO Box 51397 Toa Baja, PR 00950-1397 | | Billing-Vendor | | $62,702.30 | $0.00 | $62,702.30 |
| Quantum Biopower Southing LLC 49 Depaolo Drive Southington Southington, CT 06489 | | RAW MATERIAL | | | | $18,611.25 |
| RIMCO PO Box 362529 San Juan, PR 00936-2529 | | | | $99,311.29 | $0.00 | $99,311.29 |
| Rod Rodder PO Box 191713 San Juan, PR 00919-1713 | | | | $24,377.50 | $0.00 | $24,377.50 |
| Treasury Department PO Box 195540 San Juan, PR 00919-5540 | | Payroll withholding | | $74,409.05 | $0.00 | $74,409.05 |
| TReasury Dept PO Box 195540 San Juan, PR 00919-5540 | | SUTA | | $21,224.42 | $0.00 | $21,224.42 |
| United Rental 83 J 190 Carr 865 Toa Baja, PR 00949 | | | | $19,566.51 | $0.00 | $19,566.51 |
| Wilfredo Diaz POBox 8155 Bayamon, PR 00960 | | | | $125,000.00 | $0.00 | $125,000.00 |
| Zero Medical 425 Carr 693 PMB 135 Dorado, PR 00646 | | | | $18,862.68 | $0.00 | $18,862.68 |

**United States Bankruptcy Court**
**District of Puerto Rico**

In re  **ORGANIC POWER, LLC.**

Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 17, 2021**

/s/ MIGUEL E PEREZ
**MIGUEL E PEREZ/PRESIDENT**
Signer/Title